**Order entered June 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00453-CV

### HICKORY TRAIL HOSPITAL, L.P., Appellant

### V.

### MARVELLA LOYA, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-02031**

## ORDER

Before the Court is appellee's June 7, 2016 motion to file corrected brief. Appellee's motion is **GRANTED**. Appellee's corrected brief shall be filed within **TEN DAYS** of the date of this order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE